IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEROY SMITH, AIS #107551, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:04-CV-00335-WKW |
| | ) | (WO) |
| PRISON HEALTH SERVICE, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On May 31, 2006, the Magistrate Judge filed a Recommendation (Doc. # 26) that summary judgment be granted in favor of the defendants and that this case be dismissed with prejudice with costs taxed against the plaintiff.  The plaintiff has not filed objections to the Recommendation.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. Summary judgment is granted in favor of the defendants.

3. The plaintiff's action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 27th day of June, 2006.

　　　　　　　　　　　　　　　　　 /s/  W.  Keith Watkins
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE